IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JOHN ISBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) Civil Action No. 1:14-CV-006-C |

## ORDER

Plaintiff appealed an adverse decision of Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, pursuant to 42 U.S.C. §§ 405(g). The United States Magistrate Judge entered a Report and Recommendation. Plaintiff filed objections as to the ALJ's decision not to order a consultative examination. This Court conducted a *de novo* review and, for the reasons in the Magistrate Judge's well-drafted Report and Recommendation, overrules Plaintiff's objections and adopts the findings and conclusions in the Report and Recommendation.

It is, therefore, **ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and that the above-styled and -numbered cause is hereby **DISMISSED WITH PREJUDICE**.

SO ORDERED this 16 day of March, 2015.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE